```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
TRUSTEES OF THE NEW YORK CITY DISTRICT                             :
COUNCIL OF CARPENTERS PENSION FUND,                                :
WELFARE FUND, ANNUITY FUND, and                                    :
APPRENTICESHIP, JOURNEYMAN RETRAINING,                             :
EDUCATIONAL AND INDUSTRY FUND et al.,                              :
                                                                   :     22 Civ. 4886 (JPC)
                                        Petitioners,               :
                                                                   :           ORDER
            -v-                                                    :
                                                                   :
                                                                   :
GENRUS CORP.,                                                      :
                                                                   :
                                        Respondent.                :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, District Judge:

On June 10, 2022, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which it intends to support its petition to confirm by June 30, 2022. Respondent's opposition, if any, is due on July 14, 2022. Petitioners' reply, if any, is due July 21, 2022.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than June 22, 2022, and shall file an affidavit of such service with the Court no later than June 24, 2022.

SO ORDERED.

Dated: June 16, 2022
       New York, New York                           _____
                                                    JOHN P. CRONAN
                                                    United States District Judge