UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL, AND
INDUSTRY FUND et al.,

                      Petitioners,

                22 CIVIL 4886 (JPC)

    -against-

                **JUDGMENT**

GENRUS CORP.,

                      Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the Court's Opinion and Order dated August 18, 2022, judgment is entered in the amount of $10,193.49, which consists of the arbitration award of $9,646.99, attorneys' fees of $469.50, and costs in the amount of $77. Post-judgment interest will accrue at the statutory rate. Accordingly, the case is closed.

**DATED**: New York, New York
            August 19, 2022

                                      **RUBY J. KRAJICK**
                                        Clerk of Court

                            BY: _____
                                        Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/22